by the defendant, and the influence of a sheriff's office, never can prevent an impartial trial.    Take your rule.


*Aaron Pell* v. *George Bunker.*

IN this cause *Hawes* moved to vacate, in part, a commission sued out in *November* last, so as to go to trial notwithstanding, at the next circuit.

*D. A. Ogden* opposed it on the ground, that eight months had not elapsed since it was issued, and relied on this as the established practice, in cases of commissions to *Europe.*

*Per Curiam.*    Granting the motion will do no injury ; the time may or may not elapse before the cause is brought on, and it does not prevent, even then, the showing of cause further to postpone the trial.


*Cotes, Titford and Brookes* v. *James Thompson.*

THE court had the last term denied a motion for judgment, as in case of nonsuit for not proceeding to trial, on the plaintiff's stipulating to try at the last sittings for the city and county of *New-York,* nine months having elapsed since issuing the commission in the cause.    The plaintiffs not having proceeded agreeably to that stipulation,

*Boyd* moved again for judgment as in case of nonsuit.